Abby Victors, Appellant, v. National Provident Union, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Lena Weitzenblum, Appellant, v. Jacob Baum and Others, Doing Business under the Firm Name of "Baum Brothers," Respondents.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Theodore K. Wilmerding and Others, Respondents, v. Victorine Carmody, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the weight of evidence. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

William Witte and Annie Witte, etc., Respondents, v. Herman Schornstein and Herman Fassler, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Joel H. Woodman and Lottie Wagner, as Administrators, etc., of Philip G. Wagner, Deceased, Respondents, v. Emmet Myers, Appellant.— Judgment of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Clara J. Woodward, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Felix Januszewicz, Appellant, v. Charles K. Leicht and Edmund J. Leicht, Respondents.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Theodore L. Clarke for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Hyman Meyersohn and Abraham Barasch, Appellants, v. Louis Levin and Fannie Levin, Respondents.— The decision of this motion will be withheld until the hearing of the appeal on Monday next. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Mary Amey, Appellant, v. The Brooklyn Daily Eagle, Respondent.— Order reversed, with costs, and verdict reinstated on the ground that the case was one which permitted punitive damages. Hirschberg, P. J., Hooker and Miller, JJ., concurred; Woodward and Jenks, JJ., voted for affirmance.

Charles H. Asche, Appellant, v. H. Outram Seale, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Antony Borradori, Appellant, v. The Empire State Surety Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., dissented.

Clarissa Bolland, as Administratrix, etc., of Simpson Bolland, Deceased, Appellant, v. New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ.